O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8269 AHM (CWx) | Date | January 18, 2010 |
|---|---|---|---|
| Title | MARTHA WINKLER v. AETNA LIFE INSURANCE COMPANY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

At the June 22, 2009 scheduling conference, the Court ordered the parties, pursuant to Local Rule 16-15, to participate in a settlement conference. The Court accepted the parties' designation of Local Rule 16-15.4: Settlement Procedure No. 3, and ordered the parties to notify the settlement officer of the Court's referral and presumptive schedule and to file a status report with the Court confirming the same. The Court also ordered Plaintiff to file another status report notifying the Court of the outcome of the mediation once completed.

Accordingly, the Court ORDERS the parties to file by not later than January 25, 2010, a status report that provides the Court with either an update on the status of any mediation previously conducted or states the date that the parties have set for mediation.

|  | : |  |
|---|---|---|
| Initials of Preparer | se | |